MARTIN STELLJES and ANNA A. STELLJES, Respondents, v. NORTH SIDE BANK OF BROOKLYN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

In accord with the provisions of rule 1 of the Rules of Civil Practice, JESSE FULLER, JR., Esq., of No. 44 Court, borough of Brooklyn, Kings county, is hereby appointed a member of the committee on character and fitness of applicants for admission to the bar, in and for the Second Judicial District of the Second Judicial Department, such appointment to take effect April 25, 1922. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

RICHARD J. KEEFFE, Respondent, v. FRED L. BROWN, Appellant.— The order denying the motion to vacate or modify the notice to take defendant's deposition before trial having been affirmed [See 200 App. Div. 875], a decision of the motion for a stay is unnecessary. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

EDWIN C. MORSCH, Respondent, v. MORRIS S. SCHOENBAUM, Appellant, and JOSEPH SHAPIRO, Respondent.— Motion for reargument denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

THEODORE A. ALEXANDER, Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

WILBERT S. BIRDSALL, Respondent, v. AMERICAN SALES BOOK COMPANY, LTD., Appellant.— Order modified by granting defendant's motion so as to strike out paragraph XII of the amended complaint as irrelevant and prejudicial, and as so modified affirmed, without costs. We think this paragraph attempts to state a cause of action for infringement of patent, of which the Federal courts have exclusive jurisdiction. (*Continental Store Service Co.* v. *Clark,* 100 N. Y. 365; *Comerma Co.* v. *Comerma,* 182 App. Div. 576.) Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.

WALLACE M. BROWN, Respondent, v. THE AMERICAN INSURANCE COMPANY OF NEWARK, NEW JERSEY, and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

MORRIS CAESAR, Respondent, v. AMERICAN CORPORATION FOR INTERNATIONAL COMMERCE, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MORRIS CAESAR, Respondent, v. AMERICAN CORPORATION FOR INTERNATIONAL COMMERCE, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MORRIS CAESAR, Respondent, v. THE BANK OF UNITED STATES, a Domestic Corporation, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

VICTOR C. CASTELLANI, Respondent, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

ANNA E. DARROW and Others, Appellants, v. GEORGE H. TERRY and Another,